# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13-CR-119-001-GKF |
| LISA TOLBERT, | ) |
| Defendant, | ) |

## APPLICATION FOR POST-JUDGMENT
## WRIT OF EXECUTION

Pursuant to 28 U.S.C. §§ 3202, 3203 the United States of America hereby requests the Court to issue a writ of execution.

Based on information and belief, the United States believes that the Defendant has a substantial non-exempt interest in the following described real property:

**Lot Thirteen (13), Block Eleven (11), ELM CREEK ESTATES FIRST ADDITION, a Subdivision to the City of Owasso, in Tulsa County, State of Oklahoma, according to the Recorded Plat No. 3706.**

**The Real Property or its address is commonly known as 7880 North 120th East Avenue, Owasso, OK**

In support of its application, the United States would show the Court as follows:

| | |
|---|---|
| Defendant's Name: | Lisa Tolbert |
| Date of Judgment: | November 15, 2013 |
| Nature of Judgment: | Criminal Judgment |
| Judgment Amount: | $485,742.27 |

| | |
|---|---|
| Costs Awarded: | $ 0.00 |
| Amount of Post-Judgment Interest Accrued to Date: | $ 173.00 |
| Penalty Under 18 U.S.C. § 3612 | $ 0.00 |
| Total Amount Still Owing: | $485,890.27 |

Dated this 12th day of March 2014..

DANNY C. WILLIAMS, SR.
United States Attorney


By: s/scott woodward
SCOTT WOODWARD OBA #9874
Assistant United States Attorney 110 W. 7th
Street, Suite 300 Tulsa, Oklahoma 74119
(918) 382-2700
Fax: (918) 560-7948
scott.woodward@usdoj.gov