### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 13-CR-119-001-GKF |
| | ) |
| **LISA TOLBERT,** | ) |
| | ) |
| **Defendant,** | ) |

### APPLICATION FOR POST-JUDGMENT
### WRIT OF EXECUTION

Pursuant to 28 U.S.C. §§ 3202, 3203 the United States of America hereby requests the Court to issue a writ of execution.

Based on information and belief, the United States believes that the Defendant has a substantial non-exempt interest in the following described real property:

THE SE/4 OF THE NW/4 OF THE NW/4 AND A TRACT OF LAND CONTAINING A PART OF THE E/2 OF THE NW/4 ALL IN SECTION 15, TOWNSHIP 21 NORTH, RANGE 17 EAST OF THE I. B. & M., ROGERS COUNTY OKLAHOMA, SAID TRACT CONTAINING A PART OF THE E/2 OF THE NW/4 BEING FURTHER DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 15; THENCE S 89º 45' 19" W, ALONG THE NORTH LINE OF SAID SECTION 15, A DISTANCE OF 3300 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH, PARALLEL TO THE EAST LINE OF SAID SECTION 15, A DISTANCE OF 1979.70 FEET TO THE SOUTH LINE OF THE N/2 OF THE SE/4 OF THE NW/4 OF SAID SECTION 15; THENCE S 89º 46' 10" W, ALONG SAID SOUTH LINE, A DISTANCE OF 680.40 FEET TO THE WEST LINE OF SAID E/2 OF THE NW/4; THENCE N 00º 01' 02" W, ALONG SAID WEST LINE, A DISTANCE OF 1979.52 FEET TO THE NORTHWEST CORNER SAID E/2 OF THE NW/4; THENCE N 89º 45' 19" E A DISTANCE OF 681.00 FEET TO THE POINT OF BEGINNING.

The Real Property or its address is commonly known as 19362 Shannon Drive, Claremore, Oklahoma.

In support of its application, the United States would show the Court as follows:

| | |
|---|---|
| Defendant's Name: | Lisa Tolbert |
| Date of Judgment: | November 15, 2013 |
| Nature of Judgment: | Criminal Judgment |
| Judgment Amount: | $485,742.27 |
| Costs Awarded: | $        0.00 |
| Amount of Post-Judgment Interest Accrued to Date: | $     173.00 |
| Penalty Under 18 U.S.C. § 3612 | $        0.00 |
| Total Amount Still Owing: | $485,890.27 |

Dated this 12th day of March 2014..

DANNY C. WILLIAMS, SR.
United States Attorney


By: s/scott woodward
SCOTT WOODWARD OBA #9874
Assistant United States Attorney 110 W. 7th Street, Suite 300 Tulsa, Oklahoma 74119
(918) 382-2700
Fax: (918) 560-7948
scott.woodward@usdoj.gov